### UNITED STATES v. AMERICAN EXPRESS CO.

(Circuit Court, S. D. New York. October 25, 1904.)

#### No. 3,493.

CUSTOMS DUTIES—CLASSIFICATION—JEWELS FOR BEARINGS—PRECIOUS STONES.
Sapphires intended for bearings for electrical instruments are dutiable as precious stones, under Tariff Act July 24, 1897, c. 11, § 1, Schedule N, par. 435, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676], rather than as articles composed of mineral substances under Schedule B, par. 97, 30 Stat. 156 [U. S. Comp. St. 1901, p. 1633].

On Application for Review of a Decision of the Board of United States General Appraisers.

This case relates to an importation of sapphires designed for use as bearings in electrical instruments, classified by the collector of customs at the port of New York under the provision in Tariff Act July 24, 1897, c. 11, § 1, Schedule B, par. 97, 30 Stat. 156 [U. S. Comp. St. 1901, p. 1633], for articles composed of mineral substances, not decorated. The Board held that classification should have been made under the provision in Schedule N, par. 435, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676], for precious stones, cut, but not set, following a precious decision. G. A. 5,382, T. D. 24,577.

Charles D. Baker, Asst. U. S. Atty.

Howard T. Walden, for importers.

HAZEL, District Judge. The decision of the Board of General Appraisers is affirmed.